AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jose E. Rodriguez

               V.                              **JUDGMENT IN A CIVIL CASE**

Homer et al.

                                       **CASE NUMBER:**    07CV1928-JAH(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failing to state a claim pursuant to 28 USC 1915(e)(2)(B) and 1915A(b).

| April 14, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                      s/J. Petersen
(By) Deputy Clerk

ENTERED ON April 14, 2008

07CV1928-JAH(WMC)